UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JACK CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:14-CV-20-F |
| THE HONORABLE CHRISTOPHER ) | |
| BEAN, JODI L. TWIFORD and ) | |
| DONNA D. BRICKHOUSE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendants The Honorable Christopher Bean, Jodi L. Twiford, and Donna D. Brickhouse are DISMISSED without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**This Judgment Filed and Entered on September 17, 2014, and Copies To:**

Jack Charles (6907 Broening Road, Baltimore, MD 21212)

DATE                                                  JULIE A. RICHARDS, CLERK

September 17, 2014                          /s/ Jacqueline B. Grady

                                                            (By) Jacqueline B. Grady, Deputy Clerk